**Cathy Trosclair**

| | |
|---|---|
| **From:** | Megan S. Peterson |
| **Sent:** | Friday, May 13, 2022 11:20 AM |
| **To:** | Chase Trichell; Alexandra E. Celio; Beverly Toups |
| **Cc:** | Stacy C. Villa; Benjamin R. Grau; Lynn Z. Zeringue; Cathy Trosclair |
| **Subject:** | RE: Brinker/Dufrene |
| **Attachments:** | Brinker - Discovery to Plaintiff.pdf |

Chase, Beverly,

Attached for your convenience is the original packet of discovery sent to your office almost a year and a half ago, in January 2021. You'll see both the SSDI and IRS authorizations included at pages 19 and 20 of the PDF. We have been unable to fully evaluate your client's claims, particularly as to the wage claim, without the authorizations. We would like to move the case toward a mediation but cannot do so without the ability to evaluate the case properly. We have extended every courtesy but need to move the matter forward. From your email below, we understand that you are not willing to produce the SSDI and IRS authorizations. If that is not the case, please let us know as we intend to proceed with a motion to compel if you are not agreeing to produce them.

For the proposed extension, we will agree to a 60 day span, not the revisions proposed by your office this morning. Frankly the proposed motion was circulated weeks ago, before your expert deadline lapsed, and in an effort to move this forward as a consent motion, we were agreeable to extend your deadline as well. As you are not in agreement with the 60 day span requested, we will file a revised version our motion as opposed unless you advise otherwise.

For the requested article 1442 deposition, please send the draft notice with areas of inquiry so we can visit with our client to identify the person(s) most knowledgeable and their availability for a deposition. As for the depositions of Clark and Lorenz, Alex will reach out to them and follow up with you upon her return to the office next week and advise as soon as she is able.

We plan to file our motion to compel and opposed motion for extension of deadlines first thing on Monday, unless we hear from you otherwise. Have a good weekend.

Best,
Megan

**From:** Chase Trichell <chase@trichellfirm.com>
**Sent:** Friday, May 13, 2022 10:57 AM
**To:** Alexandra E. Celio <alexandrac@spsr-law.com>; Beverly Toups <paralegal@trichellfirm.com>
**Cc:** Stacy C. Villa <Stacyv@spsr-law.com>; Benjamin R. Grau <BenG@spsr-law.com>; Lynn Z. Zeringue <Lynnz@spsr-law.com>; Cathy Trosclair <cathyt@spsr-law.com>; Megan S. Peterson <MeganP@spsr-law.com>
**Subject:** RE: Brinker/Dufrene

External (chase@trichellfirm.com)

Report This Email   FAQ   RESTECH

Good morning, Alex:

EXHIBIT "A"