UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DENNIS DUFRENE** | * | **CIVIL ACTION NO.** |
| | * | **2:21-cv-01568-BWA-KWR** |
| | * | |
| **VERSUS** | * | **JUDGE:** |
| | * | **HONORABLE BARRY W. ASHE** |
| | * | |
| **BRINKER LOUISIANA, INC.** | * | **MAGISTRATE:** |
| **and XYZ INSURANCE COMPANY** | * | **HONORABLE KAREN WELLS-ROBY** |

## ORDER

Considering the foregoing *Motion to Amend Scheduling Order*:

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that this Court's Scheduling Order (R. Doc. 8) be amended to reflect an extension of deadlines as follows:

| Description | New Deadline |
|---|---|
| Plaintiff disclosure of experts and reports | August 24, 2022 |
| Defendant disclosure of experts and reports | September 23, 2022 |
| Witness and exhibit lists | September 23, 2022 |
| Filing of all *Daubert* and dispositive motions | October 14, 2022 |
| Completion of all discovery | November 18, 2022 |

**IT IS FURTHER ORDERED** that the Court will set a status conference by separate Order to discuss resetting of the trial date and associated pre-trial deadlines.

New Orleans, Louisiana, this _____ day of _____ 2022.

_____
THE HONORABLE KAREN WELLS-ROBY
